# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

JAMES A. HARNAGE

vs.

DR. WU, et al.

3:16CV01543 (AWT)

## ORDER RETURNING SUBMISSION

The Clerk has received your submissions; however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. ☐ L.R.5(c)   ☐ No certificate of service attached to document
   ☐ Certificate of service fails to list names and addresses of all parties served
   ☐ Certificate of service is not signed

2. ☐ L.R. CV 5(e)   ☐ Failure to submit document under seal
   ☐ Sealing envelope not provided
   ☐ Sealing envelope does not contain case information
   ☐ Sealing envelope does not contain description of sealed document/motion

3. ☐ L.R.10   ☐ Failure to sign document (original signature)
   ☐ Failure to double space
   ☐ Margin is not free of printed matter
   ☐ Left hand margin is not one inch;
   ☐ Judge's initials do not appear after the case number
   ☐ Docket number is missing
   ☐ Failure to supply federal bar number

4. ☐ L.R. CR 57(b)5   ☐ Failure to submit document under seal
   ☐ Sealing envelope not provided
   ☐ Sealing envelope does not contain case information
   ☐ Sealing envelope does not contain description of sealed document/motion

5. ☐ L.R.83.1(d) bar   Motion to admit pro hac vice must be made by local counsel or member of the of this Court

6. ☒ Other:   The Clerk of Court does not docket discovery requests.

The Clerk is hereby ordered to return the above document and to notify counsel of such action.

| January 18, 2017 | /s/ Sarah A. L. Merriam |
|---|---|
| Date | United States Magistrate Judge |

(   )